Fourth Court of Appeals
300 Dolorosa, Suite 3200
SAN Anto, Tx 78205-3037

21 December 2014    14-664-CR

Writ of Mandamus-Prohibition or other..
RE: Application Writ of Mandamus
Trial case no 307125

Robert MARTINEZ
BCADC SID No 327074
TDCJ ID No 1931397
200 N. Comal
SAN Anto, Tx 78207

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2014 DEC 29 PM 2:28
Keith E. Hottle

VIA US MAIL

Greetings:
ON Nov. 28, 2014 I placed on the Lopez State Jail, Internal prison mailing system. My Application for Leave to File Writ of Mandamus and Writ of Mandamus -Prohibition or other Writs Necessary to enforce and or protect jurisdiction.

Please Allow this to Serve As Notice of my address change now above captioned.

Additionally please give me the status of my Application Thank you

Pro Hac

cc: file

Page 1 of 1

Robert Mathier
BCADC SID No 3270074
TDCJ ID No 1931399
300 N. Comal
San Antonio
E. Tx 78207

Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Anto, Tx 78205-3037

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2014 DEC 29 PM 2:28
Keith
TYLE. CLERK

SAN ANTONIO TX
22 DEC '14
PM 4 L

NEOPOST
RETURNED FOR POSTAGE
US POSTAGE $000.48⁰
FIRST-CLASS MAIL
ZIP 78205
041M12250025

78205$3037